IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH DAVID STOUGH, # 118365, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:16-CV-397-WKW |
| | ) | [WO] |
| WILLIE THOMAS and | ) | |
| STEVEN T. MARSHALL, the Attorney | ) | |
| General for the State of Alabama, | ) | |
| | ) | |
| Respondents.[1] | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 12.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

3. This action is DISMISSED with prejudice, as the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Luther Strange's successor, Steven T. Marshall, is substituted as the defendant.

A separate final judgment will be entered.

DONE this 1st day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE